# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WMCV PHASE 3, LLC, | Case No.: 2:12-CV-01454-RCJ-PAL |
| Plaintiff, | |
| vs. | **MINUTE ORDER** |
| TUFENKIAN CARPETS LAS VEGAS, LLC, *et al.*, | September 17, 2012 |
| Defendants. | |

**MINUTE ORDER IN CHAMBERS:**

IT IS HEREBY ORDERED that oral argument on (Docket 3) set for Monday, November 26, 2012, is VACATED.

The court will issue a written order on the pleadings.

**IT IS SO ORDERED** this 17th day of September, 2012.

_____
ROBERT C. JONES
United States Chief District Judge