# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WMCV PHASE 3, LLC, <br><br>　　　　　　Plaintiff, <br><br>vs. <br><br>TUFENKIAN CARPETS LAS VEGAS, LLC, *et al.*, <br><br>　　　　　　Defendants. | Case No.: 2:12-CV-01454-RCJ-PAL <br><br>**MINUTE ORDER** <br><br>September 17, 2012 |

**MINUTE ORDER IN CHAMBERS:**

　　IT IS HEREBY ORDERED that oral argument on (Docket 3) set for Monday, November 26, 2012, is VACATED.

　　The court will issue a written order on the pleadings.

　　**IT IS SO ORDERED** this 17th day of September, 2012.

_____
ROBERT C. JONES
United States Chief District Judge