AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

WMCV Phase 3, LLC,

**JUDGMENT IN A CIVIL CASE**

V.

Tufenkian Carpets Las Vegas, LLC et al.,

Case Number: 2:12-cv-01454-RCJ-PAL

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

Attorneys fees are awarded to Plaintiff WMCV Phase 3, LLC in the amount of $2855.50, and costs are awarded in the amount of $704.14.

March 12, 2013

Date

/s/ Lance S. Wilson

Clerk

/s/ Summer Rivera

(By) Deputy Clerk